# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN SLAUGHTER | : | |
| | : | CIVIL ACTION |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| NATIONAL RAILROAD PASSENGER, | : | No.: 10-4203 |
| CORPORATION a/k/a AMTRAK | : | |
| | : | |
| **Defendant.** | : | |

## O R D E R

**AND NOW**, this __4th__ day of March, 2011, upon consideration of Plaintiff's Motion to Compel and Brief in Support (Doc. No. 16), Defendant's Response in Opposition to Plaintiff's Motion to Compel (Doc. No. 21), Defendant's Motion for Protective Order and Memorandum of Law in Support (Doc. No. 17), Plaintiff's Response in Opposition to Defendant's Motion for Protective Order and Memorandum of Law in Support (Doc. Nos. 18 and 19), and Defendant's Reply to Plaintiff's Response in Opposition to Defendant's Motion for Protective Order (Doc. No. 22), and for the reasons set forth in the Memorandum, it is hereby **ORDERED** that:

1. The portion of Plaintiff's Motion to Compel (Doc. No. 16) seeking an unredacted copy of the Accident Investigation Report is **GRANTED** in part, and **DENIED** as moot in all other respects;[1] and

2. Defendant's Motion for Protective Order (Doc. No. 17) seeking to shield sections 31 and 32 of the Accident Investigation Report from production is **DENIED**.

It is **FURTHER ORDERED** that Defendant shall produce a copy of the Accident Investigation

---

[1] The remainder of Plaintiff's Motion to Compel seeking the production of a statement Plaintiff gave to Defendant's representatives and the production of six individuals for depositions are addressed in another order.

Report, without redacting sections 31 and 32, within ten days of the date of this Order.

BY THE COURT:


/s/ Lynne A. Sitarski
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE